COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-090-CV

IN RE DARLENE C. (BALISTRERI) RELATOR

AMRHEIN-MACON

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus.  The court is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of mandamus is denied.

PER CURIAM

PANEL A: DAUPHINOT, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED: March 9, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.